# Order

**Lansing, Michigan**

August 11, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161839

IN THE MATTER OF

BRUCE U. MORROW, JUDGE 　　　　　　SC: 161839
3rd CIRCUIT COURT 　　　　　　　　　JTC Formal Complaint 102

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

　　　　On order of the Chief Justice, the time allowed for oral argument shall be 20 minutes for each side.  MCR 7.314(B)(1).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

_____August 11, 2021_____　　　

　　　　　　　　　　　　　　　　　Clerk